IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CARLTON THOMPSON and ANGELA THOMPSON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) ) | NO. 1:10-cv-2932-TCB |
| METLIFE HOME LOANS and MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

This case is currently before the Court on the Report and Recommendation issued by Magistrate Judge Gerrilyn G. Brill [6], which recommends that Defendants' motion to dismiss be granted. Because no objections to the Report and Recommendation have been filed, the Court must conduct a plain error review of the record. *United States v. Slay*, 714 F.2d 1093, 1095 (11th Cir. 1983).

After careful review, the Court finds no plain error in Judge Brill's factual or legal conclusions. The Court ADOPTS AS ITS ORDER the Report

and Recommendation [6]. Defendants' motion to dismiss is GRANTED and the CLERK is DIRECTED to close this case.

IT IS SO ORDERED this 30th day of November, 2010.

_____
Timothy C. Batten, Sr.
United States District Judge